PETER GODFROY, JAMES J. GODFROY, AND DANIEL B. MILLER *versus* JAMES ALEXANDER.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Leave given to file bill, subpoena ordered issued *p. 115; (2) motion for rule to plead, answer, or demur *p. 118; (3) rule to plead, answer, or demur *p. 125.
PAPERS IN FILE: [None]
*Chancery Case . . . . of . . . .*

LOUIS ROULEAU *versus* ABRAHAM SALSBURY.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Motion to quash certiorari *p. 115; (2) rule to join in error *p. 131.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) bond for certiorari; (3) writ of certiorari and copy of affidavit; (4) return to certiorari; (5) motion to quash certiorari; (6) assignment of errors in fact; (7) motion for rule to join in error.
*1824–36 Calendar,* MS p. 245.

JOSIAH R. DORR, DE-GARMO JONES, AND HARVEY WILLIAMS, LATE DOING BUSINESS UNDER THE STYLE OF THE DETROIT IRON COMPANY, *versus* THE DETROIT, MONROE, AND MAUMEE STEAMBOAT COMPANY, A CORPORATION, JAMES ABBOTT, ASA SPRAGUE, WILLIAM S. ABBOTT, AND REYNOLD GILLET.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Motion to dissolve injunction *p. 117; (2) injunction dissolved, bill dismissed *p. 138.

PAPERS IN FILE: (1) Bill of complaint, petition and order for injunction; (2) bond for injunction; (3) precipe for writs of injunction and subpoena; (4) writ of injunction and return; (5) writ of subpoena and return; (6) answer; (7) motion to dissolve injunction.
*Chancery Case* 201 of 1835.

CARY DUNN *versus* JAMES H. MILLER AND DANIEL S. BACON.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Motion for rule to plead, answer, or demur *p. 117; (2) rule to plead, answer, or demur *p. 124; (3) bill dismissed *p. 126.
PAPERS IN FILE: [None]
*Chancery Case . . . . of . . . .*

IGNACE MORAS *versus* CHARLES G. FORTON, SR., CHARLES FORTON, JR., AND LEONORA FORTON.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Motion for rule to plead, answer, or demur and for appointment of guardian *p. 117; (2) rule to plead, answer, or demur *p. 124; (3) motion to take bill as confessed *p. 126.
PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) writ of injunction and return; (3) motion to take bill as confessed; (4) answer of Charles Forton, Sr.; (5) answer of Leonora and Charles Forton, Jr.; (6) replication.
*Chancery Case* 206 of 1835.

MARGARET BUCKLIN *versus* AARON THOMAS, JOHN P. ANDROS, AND MARY ANDROS.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Leave given to amend *p. 123.
PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) writ of subpoena and return.
*Chancery Case* 198 of 1835.